UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DIRECTV, LLC, a California limited liability company,

          Plaintiff,

v.

VICTOR A. SPINA, a/k/a VICTOR A. SPINA, JR. and WILLIAM SPINA, a/k/a WILLIAM ANTHONY SPINA, JR., Individually, and as officers, directors, shareholders, principals, managers and/or members of MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL,

and

MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL,

          Defendants.

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

Civil Action No.: 1:15-CV-00104-JMS-TAB

COMES NOW Plaintiff, DIRECTV, LLC, by its attorneys, LONSTEIN LAW OFFICE, P.C., and pursuant to this Honorable Court's Scheduling Order of June 24, 2015, respectfully submits the within Exhibit List:

1. Affidavits of Kevin Karlak, dated June 3, 2014 & June 4, 2014.

2. Videos of Premises taken on June 3, 2014 & June 4, 2014 by Kevin Karlak.

3. Photos of premises taken on June 3, 2014 & June 4, 2014 by Kevin Karlak.

4. DIRECTV account records for account number 045448353, in the name of Defendant Victor Spina for residential service at 785 E. Timber Dr., Martinsville, IN 46151, including Order Management System reports for this account.

1

5. State of Indiana Liquor License documentation for the address 2103 Intelliplex Drive, Shelbyville IN 46176.

6. State of Indiana Liquor License documentation for the address 610 Birk Road, Martinsville IN 46151.

7. Corporation information report for MARTINSVILLE CORRAL, INC. from the Secretary of State of the State of Indiana.

8. The Limited Liability Company information report for T.C. OF MARTINSVILLE LLC from the Secretary of State of the State of Indiana.

9. DIRECTV loss analysis for account number 045448353.

10. Declaration of Victor Spina dated March 8, 2015.

11. Declaration of William Spina dated March 8, 2015.

12. Affidavit of Craig Spencer dated June 4, 2015.

13. Copies of any and all correspondence between Plaintiff and Defendant.

14. Copies of any documents produced during discovery in this action.

15. Any exhibit named by Defendant, not objected to by Plaintiff.

16. Any documents exhibited to any deposition taken in this action.

17. Any documents received pursuant to a third-party subpoena issued by any party.

18. Any exhibit needed for rebuttal or sur-rebuttal.

19. Any exhibit needed for impeachment.

20. Plaintiff reserves the right to amend this Exhibit List.

*Signature lines on next page.*

Dated: July 22, 2015
       Ellenville, NY

                                            Respectfully submitted,

                                            **DIRECTV, LLC**

                                            By: /s/Julie Cohen Lonstein
                                            JULIE COHEN LONSTEIN, ESQ.
                                            (NYS Bar No. #2393759)
                                            Attorney for Plaintiff
                                            LONSTEIN LAW OFFICE, P.C.
                                            Office and P.O. Address
                                            80 North Main Street : P.O. Box 351
                                            Ellenville, NY   12428
                                            Telephone:   (845) 647-8500
                                            Facsimile:    (845) 647-6277
                                            Email: Legal@signallaw.com
                                            *Our File No. ES14-13IN-07*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

    Paul B. Overhauser, Esq.
    Overhauser Law Offices
    740 W Green Meadows Drive, Ste 300
    Greenfield, IN 46140
    poverhauser@overhauser.com

                                            By:   /s/ Julie Cohen Lonstein
                                            JULIE COHEN LONSTEIN, ESQ.