# Exhibit 1

## AFFIDAVIT

STATE OF SOUTH CAROLINA : 
: SS.: 
COUNTY OF PICKENS :

I, CRAIG SPENCER, being duly sworn, deposes and hereby states the following is true and accurate to the best of my knowledge:

1. I am over the age of 18 and currently reside at 833 Old Greenville Hwy., Unit 112, Clemson, South Carolina 29631.

2. I was the president of a former company known as SAS Digital that was located and doing business at 41 South Main St., Martinsville, IN 46151 which operated as an independent authorized dealer to solicit subscriptions to DIRECTV programming services.

3. In 2009, neither I nor SAS Digital, nor any SAS Digital employee was authorized by DIRECTV, LLC to solicit commercial subscriptions and install satellite equipment for commercial programming services.

4. In 2009, SAS Digital was authorized by DIRECTV, LLC to solicit subscriptions to DIRECTV programming and install satellite hardware for the reception of that programming.

5. At no time in 2009, nor before or thereafter, did I meet with either Victor or William Spina regarding establishing an account with DIRECTV to display or exhibit DIRECTV satellite programming in the commercial establishment known as Martinsville Texas Corral, located at 610 Birk Rd., Martinsville, IN 46151.

6. At no time, in 2009 nor before or thereafter, did I visit or inspect the commercial location of 610 Birk Rd., Martinsville, IN 46151 to establish a quote for DIRECTV satellite services to be used at said location.

7. At no time, in 2009 or ever, did I personally install, nor did I authorize any employee

of SAS Digital to install DIRECTV receivers or satellite dishes at the commercial establishment known as Martinsville Texas Corral located at 610 Birk Rd., Martinsville, IN 46151.

8. At no time in 2009, and at no time prior or thereafter, did I represent to Victor or William Spina that a residential account was appropriate and suitable for use inside a restaurant/commercial establishment. The Spinas were never authorized by myself nor SAS Digital to use residential services and accounts for the public display of DIRECTV satellite programming in commercial locations.

9. At no time in 2011, neither before nor thereafter, did I meet with either Victor or William Spina regarding establishing an account with DIRECTV to display DIRECTV satellite programming in the commercial establishment known as Shelbyville Texas Corral, located at 2103 Intelliplex Dr., Shelbyville, IN 46176.

10. At no time, in 2011 or ever, did I visit or inspect the commercial location of 2103 Intelliplex Dr., Shelbyville, IN 46176 to establish a quote for DIRECTV satellite services to be used at said location.

11. At no time, in 2011 or ever, did I personally install, nor did I authorize any employee of SAS Digital to install DIRECTV receivers or satellite dish at the commercial location known as Shelbyville Texas Corral located at 2103 Intelliplex Dr., Shelbyville, IN 46176.

12. In 2012, I moved to South Carolina and at that time was not aware of any allegations or circumstances regarding any alleged installation that occurred at either commercial establishment known as Martinsville Texas Corral or Shelbyville Texas Corral nor was I aware of any claims by DIRECTV against the Spinas or their businesses.

13. The first time I heard about the claims of DIRECTV, LLC against the commercial establishments known as Martinsville Texas Corral and Shelbyville Texas Corral was in September

2014, when I was contacted by William Spina via telephone. I have known the Spina family since high school and therefore was not surprised to receive a call from William until I heard what William was alleging. During that phone call, William Spina stated to me that he was aware that a technician had installed satellite dishes and receivers at the two business locations and that he paid the installer to do that work. This phone call was the first time I had any knowledge of any receivers being installed at either of the business locations or being utilized at either of the business locations owned by the Spinas.

14. I did not perform any installations at 610 Birk Rd., Martinsville, IN 46151 or at 2103 Intelliplex Dr., Shelbyville, IN 46176 nor did I authorize or direct my employees to install receivers for DIRECTV satellite programming at the commercial establishments known as Martinsville Texas Corral and/or Shelbyville Texas Corral.

15. All of the above statements are true and accurate. I make these statements freely and willingly and I am not being coerced or pressured into making any statement.

Dated: June 4, 2015

City, State: Clemson, SC

(Signature)
CRAIG SPENCER

Sworn to (or affirmed) and Subscribed before me
On this 4 day of June, 2015
_Julie Kennemore_
Notary Public for South Carolina
Commission Expires: 11/26/2022

(Official Seal)