Exhibit 3

# DECLARATION OF CRAIG SPENCER

I, Craig Spencer, swear and affirm under penalties of perjury of South Carolina, as follows:

1. I have personal knowledge of the following facts, and can testify to them under oath.

2. I gladly and voluntarily appeared at my deposition in Greenfield Indiana on September 25, 2015. Mr. Overhauser had contacted me and asked me for dates when I could be deposed in South Carolina. However, I told him that I would be in Indiana in late September, and could be deposed then. I planned to be in Indiana because I was travelling to Fort Wayne to attend my son's wedding.

3. I was the one that proposed the specific date of September 25, 2015 for my deposition, and that the location be in Greenfield. I proposed this date and location because it was the date I planned on driving from Martinsville, Indiana to Fort Wayne, Indiana. I originally agreed to appear for a deposition at 11:00 am on September 25, 2015. However, on September 24, I was not able to leave South Carolina as early as I had planned. Therefore, on the evening of the 24th, I called Mr. Overhauser and told him I could not get there until 2:00 pm on the 25th.

4. I had not received a subpoena when I told Mr. Overhauser that I was willing to be deposed in Greenfield, Indiana, or, when I proposed the specific date of September 25, 2015. I was always willing to be deposed voluntarily without even being served with a subpoena.

5. I did not produce any documents at the deposition.

6. I was never coerced or pressured in any way to show up for my deposition by anyone. I did not incur any travel expenses for appearing for my deposition since I was travelling right by Greenfield anyway.

7. I was happy to help out William and Victor Spina, as they have been customers of mine. In fact, I supplied the DirecTV equipment to their Texas Corral restaurants in Martinsville and Shelbyville. Beginning when DirecTV first activated the Pay TV subscriptions at those restaurants, DirecTV paid me monthly residual payments for the DirecTV subscription at those restaurants. Those payments continued until the summer of 2014.

8. DirecTV itself authorized the DirecTV receivers at the Texas Corral restaurants in Martinsville and Shelbyville to receive and display DirecTV Programming to persons in the restaurants. DirecTV has no basis for claiming that it did not authorize the receipt or display of DirecTV programming at those restaurants.

9. Since I became an authorized representative of DirecTV, I have regularly worked with their Indiana contact, which is located at 13295 Illinois Street, Carmel, IN 46032. I regularly transact business there in person.

Subscribed and sworn to on the date specified below:

_____  11/10/15
Craig Spencer            Dated