# Exhibit I

Attorney Affidavit in Support of Motion for Summary Judgment

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

DIRECTV, LLC, a California limited liability company,

                Plaintiff,

v.

VICTOR A. SPINA, a/k/a VICTOR A. SPINA, JR. and WILLIAM SPINA, a/k/a WILLIAM ANTHONY SPINA, JR., Individually, and as officers, directors, shareholders, principals, managers and/or members of MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL,

and

MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL,

                Defendants.

---

**ATTORNEY AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Civil Action No.: 1:15-CV-00104-JMS-TAB

STATE OF NEW YORK     :
                             : SS.:
COUNTY OF ULSTER      :

      JULIE COHEN LONSTEIN, ESQ., an attorney duly admitted to practice before this Court, deposes and says the following under penalty of perjury:

      1.      I am a member of LONSTEIN LAW OFFICE, P.C., attorneys for Plaintiff, DIRECTV, LLC, (hereafter "DIRECTV"), and, as such, am fully familiar with the facts and circumstances heretofore had herein.

      2.      I respectfully submit the within Affirmation in support of DIRECTV's Motion for Summary Judgment as against Defendants, VICTOR A. SPINA, a/k/a VICTOR A. SPINA, JR.

and WILLIAM SPINA, a/k/a WILLIAM ANTHONY SPINA, JR., Individually, and as officers, directors, shareholders, principals, managers and/or members of MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL, and MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL, and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL (hereafter "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3. DIRECTV commenced the present action by filing the Summons and Complaint in two matters on January 26, 2015 (Civil Actions 1:15-CV-00104-JMS-TAB and 1:15-CV-00105-TWP-TAB), alleging that VICTOR A. SPINA, a/k/a VICTOR A. SPINA, JR. and WILLIAM SPINA, a/k/a WILLIAM ANTHONY SPINA, JR., Individually, and as officers, directors, shareholders, principals, managers and/or members of MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL, and MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL, and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL willfully violated 47 U.S.C. § 605, by showing DIRECTV Satellite Programming within their commercial establishments for direct commercial gain and without appropriate authorization from DIRECTV.

4. On or about February 6, 2015, DIRECTV filed an Amended Complaint, ECF document number 7, in Civil Action 1:15-cv-00104-JMS-TAB.

5. Defendants were duly served with the Summons and Complaint by certified mail, return receipt requested, pursuant to the Indiana Rules of Trial Procedure, Rule 4.1(A)(1). In Civil Action 1:15-cv-00104-JMS-TAB, Defendant VICTOR A SPINA was served on February

18, 2015, Defendant WILLIAM SPINA was served on February 19, 2015, and Defendant MARTINSVILLE CORRAL, INC. was served on February 19, 2015 as set forth in the Returns of Service, ECF documents numbers 9, 10 and 11. In Civil Action 1:15-cv-00105-TWP-TAB, Defendant VICTOR A. SPINA was served on February 18, 2015, as set forth in the Return of Service, ECF document number 6.

6. On or about March 5, 2015, counsel for Defendants filed a Notice of Parties' First Extension of Time, ECF document number 14 in Civil Action 1:15-cv-00104-JMS-TAB, and ECF document number 9 in Civil Action 1:15-cv-00105-TWP-TAB.

7. On or about March 13, 2015, Defendants served upon counsel for Plaintiff, their Discovery Demands in Civil Action 1:15-cv-00104-JMS-TAB.

8. On or about March 30, 2015, DIRECTV served its discovery requests upon Defendants' counsel, which included Requests for Admissions, Interrogatories, Requests for Production, Notice of Deposition, Notice to Preserve Electronic Discovery and Notice for Inspection of Premises. Attached to Plaintiff's Motion for Summary Judgment as Exhibit "J" [filing number 79-11] is a true copy of DIRECTV's March 30, 2015, Requests for Admissions and Interrogatories to each Defendant in Civil Action 1:15-cv-00104-JMS-TAB and Civil Action 1:15-cv-00105-TWP-TAB.

9. On or about April 8, 2015, through counsel, Defendants filed a Motion to Dismiss for Failure to State a Claim, ECF document number 15 in Civil Action 1:15-cv-00104-JMS-TAB, and ECF document number 10 in Civil Action 1:15-cv-00105-TWP-TAB.

10. On or about April 8, 2015, through counsel, Defendants filed a Motion to Dismiss, ECF document number 15. Also on or about April 8, 2015, Defendant Martinsville Corral, Inc. filed its Answer with Affirmative Defenses and Counterclaims against DIRECTV, ECF document

number 16 in Civil Action 1:15-cv-00104-JMS-TAB.

11. On or about April 22, 2015, through counsel, DIRECTV filed a Response in Opposition to Defendants' Motion to Dismiss for Failure to State a Claim, ECF document number 19 in Civil Action 1:15-cv-00104-JMS-TAB and document number 11 in Civil Action 1:15-cv-00105-TWP-TAB.

12. On or about April 24, 2015, through counsel, Defendants' filed a Reply in Support of Motion to Dismiss for Failure to State a Claim, ECF document number 20 in Civil Action 1:15-cv-00104-JMS-TAB and 12 in Civil Action 1:15-cv-00105-TWP-TAB.

13. On or about April 28, 2015, DIRECTV filed a Motion to Dismiss Counterclaims for Failure to State a Claim, ECF document number 22 in Civil Action 1:15-cv-00104-JMS-TAB.

14. On or about April 29, 2015, counsel for Defendants filed an unopposed Motion for Continuance of Initial Pre-Trial Conference, ECF document number 24 in Civil Action 1:15-cv-00104-JMS-TAB.

15. On or about May 5, 2015, the undersigned received from counsel for Defendants, the following Defendants' responses to DIRECTV's discovery requests: in Civil Action 1:15-cv-00104-JMS-TAB, Responses to Requests for Admissions from Defendants Victor Spina Jr., William A. Spina, Jr. and Martinsville Corral, Inc; Responses to Interrogatories from Defendants Victor Spina, William Spina and Martinsville Corral, Inc.; and in Civil Action 1:15-cv-00105-TWP-TAB, Responses to Interrogatories from Defendant Victor Spina Jr.

16. On or about May 12, 2015, Defendants filed a Response in Opposition to Motion to Dismiss Counterclaims for Failure to State a Claim, ECF document number 26, in Civil Action 1:15-cv-00104-JMS-TAB

17. On or about May 18, 2015, DIRECTV filed its Reply in Support of Motion to

Dismiss Counterclaims for Failure to State a Claim, ECF document number 27, in Civil Action 1:15-cv-00104-JMS-TAB.

18. On or about May 18, 2015, the undersigned received from counsel for Defendants, the following Defendants' responses to DIRECTV's discovery requests: in Civil Action 1:15-cv-00104-JMS-TAB, Responses to Requests for Production from Defendants Martinsville Corral, Inc., William Spina, and Victor Spina Jr.; and in Civil Action 1:15-cv-00105-TWP-TAB, Responses to Requests for Production from Defendant Victor Spina Jr.

19. On or about May 20, 2015, this honorable Court issued an Order, ECF document number 28, referring the parties' Motions to Dismiss, ECF documents numbers 15 and 22, to Magistrate Judge Tim A. Baker, for a report and Recommendation.

20. On or about June 12, 2015, the Rule 16 Scheduling Conferences were held via telephone for Civil Action 1:15-cv-00104-JMS-TAB, and Civil Action 1:15-cv-00105-TWP-TAB.

21. On or about June 25, 2015, the court issued an Order, ECF document number 30, approving the Case Management Plan and Consolidating Civil Action 1:15-cv-00104-JMS-TAB and Civil Action 1:15-cv-00105-TWP-TAB. In their respective Returns to Order to Show Cause, ECF documents numbers 31 and 32, parties consented to consolidating the actions proceeding under Civil Action 1:15-cv-00104-JMS-TAB.

22. On July 6, 2015, this honorable Court issued an Order, ECF document number 33, consolidating Civil Action 1:15-cv-00105-TWP-TAB with Civil Action 1:15-cv-00104-JMS-TAB and ordering that all future filings should bear Cause No. 1:15-cv-104-JMS-TAB.

23. On or about July 22, 2015, DIRECTV filed its Preliminary Exhibit and Witness Lists via ECF documents numbers 38 and 39.

24. On or about July 27, 2015, through counsel, Defendants filed their Preliminary

Witness List, ECF document number 40.

25. On or about July 28, 2015, the undersigned received from counsel for Defendants, Victor Spina Jr.'s Responses to Requests for Admissions in Civil Action 1:15-cv-00105-TWP-TAB.

26. On August 5, 2015, Magistrate Judge Tim A. Baker issued ECF document number 41, a Report and Recommendations regarding parties' Motions to Dismiss, ECF documents numbers 22, 35 and 15.

27. On or about August 21, 2015, DIRECTV served upon counsel for defendants, a letter pursuant to Local Rule 37-1(a) in an effort to resolve Plaintiff's discovery disputes regarding Defendants' responses to Plaintiff's First Set of Discovery Demands and to allow Defendants opportunity to provide amended responses to same.

28. On or about August 28, 2015, this honorable Court issued an Order, via ECF document number 43, adopting Magistrate Judge Baker's Report and Recommendations, dismissing DIRECTV'S conversion claim and Defendant MCI's counterclaims.

29. On or about September 11, 2015, the undersigned received from counsel for Defendants, Defendants' amended responses to DIRECTV's discovery requests.

30. Defendants' Responses to Requests for Admission and Amended Responses contained the following admissions which are included within the Statement of Material Facts in DIRECTV's brief in support of summary judgment, numbers 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15:

WILLIAM SPINA was a principal of MARTINSVILLE CORRAL, INC., d/b/a SHELBYVILLE TEXAS CORRAL on the date of June 4, 2014; VICTOR A. SPINA, JR. was a principal of Martinsville Corral, Inc. on June 3 & 4, 2014; SHELBYVILLE TEXAS CORRAL was open for business on June 4, 2014; SHELBYVILLE TEXAS CORRAL was in fact a

6

commercial business and not a residential dwelling on June 4. 2014; SHELBYVILLE TEXAS CORRAL was in fact a commercial bar/restaurant business that served food and/or alcohol on the date of June 4, 2014; MARTINSVILLE CORRAL, INC., d/b/a MARTINSVILLE TEXAS CORRAL leases the premises known on June 3, 2014, as MARTINSVILLE TEXAS CORRAL located at 610 Birk Road, Martinsville, IN 46151; MARTINSVILLE TEXAS CORRAL was in fact a commercial business and not a residential dwelling that was open for business and served food and/or alcohol on June 3, 2014; VICTORY A. SPINA, JR. did not have a commercial agreement with DIRECTV to exhibit DIRECTV Satellite Programming within the commercial establishments known as Shelbyville Texas Corral on June 4, 2014 or in Martinsville Texas Corral on June 3, 2014; WILLIAM SPINA did not have a commercial agreement with DIRECTV to exhibit DIRECTV Satellite Programming within the commercial establishment known as Shelbyville Texas Corral on June 4, 2014; MARTINSVILLE CORRAL, INC. received a direct financial benefit from the occurrences at SHELBYVILLE TEXAS CORRAL on June 4, 2014 and at Martinsville Texas Corral on June 3, 2015. (Attached to Plaintiff's Motion for Summary Judgment as Exhibits "K", "L", "M", and "N" [filings numbered 79-12, 79-13, 79-14 and 79-15], are true copies of Defendants' Responses to Requests for Admissions and Amended Responses to Requests for Admissions.)

31. Defendants' Responses to Interrogatories and Amended Responses to Interrogatories contained the following admissions which are included within the Statement of Material Facts in DIRECTV's brief in support of summary judgment, numbers 16, 17, 18, 19, 20, 21, 22, and 23:

MARTINSVILLE CORRAL, INC. is a corporation that operates a restaurant owned by William Spina and Victor Spina, Jr., called Texas Corral that is located at 2103 Intelliplex Drive,

Shelbyville, IN 46176; William Spina and Victor Spina, Jr. are the only persons who held a financial interest in the commercial establishment, MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL on June 4, 2014; MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL, had the right and ability to supervise the acts of the employees at SHELBYVILLE TEXAS CORRAL on June 4, 2014; MARTINSVILLE CORRAL, INC. was granted the liquor license operative on June 4, 2014, at SHELBYVILLE TEXAS CORRAL located at 2103 Intelliplex Drive, Shelbyville, IN 46176; SHELBYVILLE TEXAS CORRAL, located at 2103 Intelliplex Drive, Shelbyville, IN 46176, had satellite dishes on June 4, 2014, from DIRECTV and DISH Network; TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL, is the premises name located at 610 Birk Road, Martinsville, IN 46151 and is owned by William Spina and Victor Spina, Jr.; MARTINSVILLE CORRAL, INC. is the entity who was granted the liquor license at MARTINSVILLE TEXAS CORRAL located at 610 Birk Rd., Martinsville, IN 46151 for the year 2014 and William Spina and Victor Spina, Jr. are the only persons who held a financial interest in the commercia1 establishment, MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL on June 3, 2014; MARTINSVILLE TEXAS CORRAL, located at 610 Birk Rd., Martinsville, IN 46151 had satellite dishes on June 3, 2014 from DIRECTV and DISH Network. (Attached to Plaintiff's Motion for Summary Judgment as Exhibits "O", "P", "Q", and "R" [filings numbered 79-16, 79-17, 79-18 and 79-19], are true copies of Defendants' Responses to Interrogatories and Amended Responses to Interrogatories.)

32. In addition to the above admissions, the following facts are included within the Statement of Material Facts numbers 24, 25, 26, 27, 28, 29, 30, 31, and 32, and are taken from the Plaintiff's and the auditor's affidavits [filings numbered 79-9, 79-2 and 79-5, respectively]:

MARTINSVILLE TEXAS CORRAL is a commercial establishment located at 610 Birk Road, Martinsville, IN 46151; on June 3, 2014, MARTINSVILLE TEXAS CORRAL had six televisions located where the public could view them and four of them were displaying DIRECTV programming; on June 3, 2014, MARTINSVILLE TEXAS CORRAL, a commercial establishment, displayed NFL Network – A Football Life on DIRECTV channel 212; on June 3, 2014, auditor Kevin Karlak witnessed on one of the televisions in MARTINSVILLE TEXAS CORRAL, a DIRECTV channel information banner and the DIRECTV Receiver ID Number: 029417397394; SHELBYVILLE TEXAS CORRAL is a commercial establishment located at 2103 Intelliplex Drive, Shelbyville, IN 46176; on June 4, 2014, SHELBYVILLE TEXAS CORRAL had two televisions located where the public could view them; on June 4, 2014, SHELBYVILLE TEXAS CORRAL, a commercial establishment, displayed Sports Center on DIRECTV channel 206; on June 4, 2014, auditor Kevin Karlak witnessed on one of the televisions in SHELBYVILLE TEXAS CORRAL, a DIRECTV channel information banner and the DIRECTV Receiver ID Number: 247171; DIRECTV conducted a search of its records and determined that there were no DIRECTV commercial accounts for either Martinsville Texas Corral, located and doing business at 610 Birk Road, Martinsville, IN 46151, or Shelbyville Texas Corral, located and doing business at 2103 Intelliplex Dr. Shelbyville, IN 46176, authorized to receive DIRECTV's commercial programming.

33. Based upon the admissions made by Defendants in the responses and amended responses to the Requests for Admissions and Interrogatories, as set forth herein and detailed in DIRECTV's Statement of Material Facts Not in Dispute within Plaintiff's Memorandum of Law, as well as the deposition transcripts of the Defendants and DIRECTV's supporting documentation, proof and affidavits, DIRECTV respectfully requests that this Court enter summary judgment as

to *liability only* of Defendants VICTOR A. SPINA, a/k/a VICTOR A. SPINA, JR. and WILLIAM SPINA, a/k/a WILLIAM ANTHONY SPINA, JR., Individually, and as officers, directors, shareholders, principals, managers and/or members of MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL, and MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL as no genuine issues of material fact exist, and to order further proceedings regarding the amount of damages and costs and fees.

34. As more thoroughly discussed in Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment, Plaintiff operates a Direct Broadcast Satellite Service. DIRECTV transmits its encrypted signals to several satellites in geosynchronous orbits over the Earth. The signal is relayed from the satellites to homes and businesses equipped with specialized DIRECTV receiving equipment. DIRECTV encrypts - electronically scrambles - its satellite transmissions to provide security for and prevent unauthorized viewing of its television programming.

35. Attached to the Plaintiff's Motion for Summary Judgment, as Exhibits "A" and "D" [filings numbered 79-2 and 79-5, respectively] are true copies of the independent auditor's affidavits attesting to witnessing the commercial display of DIRECTV's Satellite Programming on June 3, 2014 and June 4, 2014, within Defendants' establishments. Also attached to the Plaintiff's Motion for Summary Judgment as Exhibits "B" and "C," and "E" and "F" respectively, are videos of the auditor's observations and photographs taken by auditor Kevin Karlak [filings numbered 79-3, 79-4, 79-6 and 79-7].

36. Defendants' overt acts were intentional and were done specifically to avoid having

to pay Plaintiff for programming wrongfully received, and required scheming on Defendants' part.

37. Based upon Defendants' admissions and auditor Kevin Karlak's witnessing the receiving and exhibiting of DIRECTV's Satellite Programming in Defendants' commercial establishments on June 32014 and June 4, 2014 for direct financial benefit to themselves and to the detriment of the Plaintiff, coupled with the Plaintiff's Vice President of Risk Management's sworn affidavit [filing number 79-9] showing that the Defendants did not have the right to exhibit DIRECTV Satellite Programming in their commercial establishments on June 3, 2014 and June 4, 2014, there are no issues of material fact which require a trial of this matter.

38. Based upon Defendants' admissions, and pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, DIRECTV respectfully requests that this Court grant Summary Judgment, in favor of Plaintiff and, thereafter, permit Plaintiff to submit authorities in support of damages.

**WHEREFORE,** DIRECTV respectfully requests that the Court grant its Motion for Summary Judgment against Defendants VICTOR A. SPINA, a/k/a VICTOR A. SPINA, JR. and WILLIAM SPINA, a/k/a WILLIAM ANTHONY SPINA, JR., Individually, and as officers, directors, shareholders, principals, managers and/or members of MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL, and MARTINSVILLE CORRAL, INC., d/b/a TEXAS CORRAL, a/k/a SHELBYVILLE TEXAS CORRAL, and d/b/a TEXAS CORRAL, a/k/a MARTINSVILLE TEXAS CORRAL, in its entirety pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, based upon the fact that there exists no genuine issues of material fact, and, thereafter, permit Plaintiff to submit authorities in support of damages, and for such other and further relief as this Court deems just and proper under the circumstances.

Dated: January 8, 2016
       Ellenville, NY

                                          Respectfully submitted,

                                          **DIRECTV, LLC**

Sworn to before me this 8th day of January 2016.

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2019*

By: /s/Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
(NYS Bar No. #2393759)
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
80 North Main Street : P.O. Box 351
Ellenville, NY   12428
Telephone:   (845) 647-8500
Facsimile:    (845) 647-6277
Email: Legal@signallaw.com
*Our File No. ES14-13IN-07*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

Paul B. Overhauser, Esq.
Overhauser Law Offices
740 W Green Meadows Drive, Ste 300
Greenfield, IN 46140
poverhauser@overhauser.com

                                          By:   /s/ Julie Cohen Lonstein
                                          JULIE COHEN LONSTEIN, ESQ.