IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company<br>   Plaintiff,<br><br>v.<br><br>VICTOR A. SPINA, JR., MARTINSVILLE CORRAL, INC., and WILLIAM SPINA<br>   Defendants. | Case No.: 1:15-cv-00104-JMS-TAB |

**APPENDIX OF EXHIBITS**
**DEFENDANTS' CROSS-MOTION, BRIEF IN SUPPORT AND RESPONSE IN OPPOSITION**
**ON**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Defendants Martinsville Corral, Inc. Victor Spina and William Spina (collectively, "MCI") hereby submit the following exhibits in Opposition to Plaintiff DirecTV's Motion for Summary Judgment, and in support of their Cross-Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| 1 | Affidavit of William Spina |
| 2 | Affidavit of Victor Spina, Jr. |
| 3 | Kent Mader Deposition Excerpts |
| 4 | Affidavit of Craig Spencer |
| 5 | DirecTV Interrogatory Answers Nos. 19-21. |
| 6 | Deposition of Craig Spencer (6/20/2016) |
| 7 | DirecTV Answers to Interrogatories |
| 8 | DirecTV Account Information for MCI Account |
| 9 | DirecTV Press Release – Agreement with Denver International Airport |
| 10 | DirecTV Notice of Deposition |

Respectfully Submitted,

By:    s/Paul B. Overhauser
       Paul B. Overhauser
**OVERHAUSER LAW OFFICES LLC**
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140-4019
Phone: 317-467-9100
poverhauser@overhauser.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing is being filed electronically via the Court's ECF system and that all parties hereto will be served through such system.

By:    s/Paul B. Overhauser
       Paul B. Overhauser