**Declaration of William Spina**     Exhibit 1

I, William Spina, declare and affirm under penalties of perjury of the United States as follows:

1. I have personal knowledge that the following facts are true and could testify to them.
2. In 2009, my brother Victor Spina, Jr. and I helped to open a Texas Corral franchise restaurant in Martinsville, Indiana by a corporation we co-own, Martinsville Corral, Inc. ("MCI"). The address was 610 Birk Road, Martinsville, IN 46151. A former Damon's restaurant had occupied this building but it had been vacant for years. The building had been previously wired to display television to restaurant patrons.
3. MCI wanted TVs in the new restaurant, so I contacted DirecTV which had a local office. DirecTV's representative at that office was Craig Spencer d/b/a SAS. Mr. Spencer agreed to outfit the restaurant with a DirecTV antenna and DirecTV receivers and a DirecTV subscription suitable for the restaurant.
4. MCI's mailing address is and always has been PO Box 1925, Martinsville, IN 46151. Nearly all invoices for the restaurant are sent here.
5. DirecTV, through Mr. Spencer or one of his workers, installed the TVs, DirecTV receivers, and a DirecTV satellite dish as agreed. I told the installer that this would be used as a restaurant. Moreover, it was obvious that the building was a restaurant because the building had previously been a Damon's restaurant, and it was not constructed to be anything other than a restaurant.
6. DirecTV completed its installation of the TV system at the Martinsville before the restaurant opened for business. At the time of installation, DirecTV also set MCI up with a subscription service for all TV's at the restaurant. I was told by DirecTV's representative Mr. Spencer that the subscription package he signed us up for was proper and appropriate for the restaurant, and that we were authorized to receive and display to the public the DirecTV signals at the restaurant, and I and MCI relied on these statements. MCI paid DirecTV for the installation and for all the monthly subscription invoices we received.

7. In 2011, MCI opened a second Texas Corral franchise restaurant at 2103 Intelliplex Dr. Shelbyville, IN 46176.  Like the Martinsville restaurant, the Shelbyville location was in a building that had previously been a restaurant, but which had gone out of business.

8. MCI repeated the same process to get DirecTV receivers installed at the Shelbyville restaurant that we had used for the Martinsville restaurant.  Specifically, we contacted DirecTV's office in Martinsville, who had Mr. Spencer or one of his workers come out and installed the DirecTV receivers and had they authorized by DirecTV to receive and display DirecTV programming.   The installation and authorization of the DirecTV receivers occurred shortly before the Shelbyville  restaurant opened for business.  Our invoices for the Shelbyville restaurant are sent to the same PO Box as for the Martinsville restaurant.  A picture of the Shelbyville restaurant is:



9. In total MCI had 10 DirecTV receivers: 7 in Martinsville (six were used for TVs and one was for music only) and 3 in Shelbyville (two were used for TVs and one was for music only).   The only DirecTV receivers MCI had it its restaurants were those installed by Craig Spencer or his business SAS and that DirecTV authorized at the time of installation.  All of these authorized DirecTV receivers or the TVs they are associated with are listed on DirecTV's subscription invoices sent to MCI.

10. MCI always timely paid its DirecTV invoices.

2

11. In June 2014, MCI's DirecTV subscription was active and current. A copy of MCI's DirecTV invoice for service in June, 2014 is below. My handwritten notation on the invoice indicates that on 6/10/2014, I made out check 9031, which was eleven days prior to the due date of 6/21/2014.



12. The above DirecTV invoice was paid by check MCI's check no. 9031, and DirecTV cashed this check, as shown by the following cancelled check:

3





13. MCI never received any DirecTV communications at either of its Texas Corral restaurants except through the DirecTV receivers that DirecTV authorized when they were installed at the restaurants.  MCI has never had any DirecTV receivers at either of its restaurants that had been previously used at a residence.  All of DirecTV's receivers at the restaurants were originally supplied and delivered to MCI by DirecTV's representative Craig Spencer or one  of his workers.

14. Neither I nor MCI intentionally intercepted, endeavored to intercept or procured any other person to intercept or endeavor to intercept any DirecTV communication.   From June 2009 to the end of June 2014 MCI and I believed that the receipt, display and publication of DirecTV programming through the DirecTV receivers at the Texas Corral restaurants was authorized by DirecTV.

15. From 2009-2014, MCI's DirecTV's invoices for service at the two Texas Corral restaurants ranged from about $100 - $200 per month.  I estimate that MCI paid DirecTV

4

about $9,000 (60 months at an average of about $150/mo.) to supply its authorized DirecTV receivers and programming.

16. Neither MCI nor I have made any statement or communication or issued any material, that defames, libels, slanders or disparages DirecTV or its goods, products or services, or that has injured its reputation, goodwill or proprietary rights, including privacy rights.

17. I was not present at either of MCI's Texas Corral restaurant on the afternoons of June 3 or 4, 2014, and I did not take any action regarding the receipt, publication or display of any DirecTV communications those afternoons.

18. Neither I nor Victor Spina Jr. manages either of MCI's Texas Corral restaurants; both restaurants are managed by full time general manager.

19. MCI is an investment of mine and Victor Spina Jr. We both work as housebuilders for Vic Spina Custom Homes, Inc.; Victor Spina Jr. on a full-time basis, and myself on a mostly full-time basis.

Subscribed and sworn to:

_William Spina_     6/28/16
William Spina      Date

5