Exhibit 2

## Declaration of Victor Spina, Jr.

I, Victor Spina, Jr., declare and affirm under penalties of perjury of the United States as follows:

1. I have personal knowledge that the following facts are true and could testify to them.
2. In 2009, my brother William asked me to invest in Martinsville Corral, Inc. ("MCI"). We became co-owners of MCI. The business of MCI was to open a Texas Corral franchise restaurant at 610 Birk Road, Martinsville, IN 46151. A former Damon's restaurant had occupied a building at this address but it had been vacant for years. The building had been previously wired to display television to restaurant patrons.
3. I never intentionally intercepted, endeavored to intercept or procured any other person to intercept or endeavor to intercept any DirecTV communication. From June 2009 to the end of June 2014 MCI and I believed that the receipt, display and publication of DirecTV programming through the DirecTV receivers at the Texas Corral restaurants was authorized by DirecTV.
4. Neither MCI nor I have made any statement or communication or issued any material, that defames, libels, slanders or disparages DirecTV or its goods, products or services, or that has injured its reputation, goodwill or proprietary rights, including privacy rights.
5. I was not present at either of MCI's Texas Corral restaurant on the afternoons of June 3 or 4, 2014, and I did not take any action regarding the receipt, publication or display of any DirecTV communications those afternoons.
6. Neither I nor William Spina. manages either of MCI's Texas Corral restaurants; both restaurants are managed by full time general manager.
7. MCI is an investment of mine and William Spina. We both work as housebuilders for Vic Spina Custom Homes, Inc.; I work there on a full-time basis, and William on a mostly full-time basis.

Subscribed and sworn to:

_____   6/28/14
Victor Spina, Jr.        Date

1