# Exhibit 8

**History**

DIRECTV

Name: VICTOR SPINA   Cust. ID:    Zip: 461516391
DNIS:    DMA:    Ownership:    Locals: Not Available

New Call  Search  Cust Info  Offer  NewOrder  History  Admin  End Call  Log-Out

**EXHIBIT 6  12-15-15**

| | |
|---|---|
| Name: | VICTOR SPINA |
| Address: | 785 E TIMBER DR |
| CSZ: | MARTINSVILLE IN 461516391 |
| Phone: | 765-318-1959 |
| Alternate Phone: | |
| Path Name: | Dealer web - dtvDws    Dealer: 1311782    Chain: 3 |

**Service address**
VICTOR SPINA
785 E TIMBER DR
MARTINSVILLE,IN - 461516391 USA
7653181959

**Billing address**
VICTOR SPINA
1925 PO BOX
MARTINSVILLE,IN - 46151 USA
7653181959

**Shipping address**
VICTOR SPINA
785 E TIMBER DR
MARTINSVILLE,IN - 461516391 USA
7653181959

**CC address**
VICTOR SPINA
785 E TIMBER DR
MARTINSVILLE,IN - 461516391 USA
7653181959

### Order

| Order ID | Date | Total | Type | Status |
|---|---|---|---|---|
| 125315242 | 5/5/2009 11:39:00 AM | $0.00 | | Hardware Shipped: no  Hardware Installed: no  Account Activated: yes |

DirecTV Order # 125315242   Escalations for this Order

I'm sorry, but we are unable to view your order. Please contact the retailer where the equipment was purchased to assist you with this order.

### DirecTV Order Information

| Action | DTV Account | Install Account | Rep ID | Total Prod | Total S&H | Total Tax |
|---|---|---|---|---|---|---|
| CANCEL  Modify | 45448353 | | | $0.00 | $0.00 | $0.00 |

### DirecTV Order Details

| Select | Detail Id | Product | Price | S & H | Tax | Ship | Track # | Deliv | Inst | Activ | Ret | Cancel | Recurring Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 5137248951 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248952 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248953 | Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248954 | CHOICE XTRA CLASSIC_EXP Monthly | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $60.99 |
| ☐ | 5137248955 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248956 | Welcome to DIRECTV _2009 Q1 Offer 093 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248957 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248958 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248959 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248960 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248961 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 2024331079 | HBO HD included w/HBO Service | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 2024331080 | LOCALS HD included w/Local Programming | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248962 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248963 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |
| ☐ | 5137248964 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | | | 5/31/2009 | | | $0.00 |

https://directvoms.intergies.com/history.aspx?searchStms=0&acctNum=ZW5jNDU0NDgz...   8/11/2014

MCI_0022

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 5137248965 | Comment | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248966 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248967 | Comment | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248968 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248969 | C3 Generic Virtual Display-Only Product | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248970 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248971 | DIRECTV® HD Rec. (Expanded HD Prog. Capable) | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248972 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248973 | DIRECTV® HD Rec. (Expanded HD Prog. Capable) | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248974 | DIRECTV® HD Rec. (Expanded HD Prog. Capable) | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248975 | DIRECTV® HD Rec. (Expanded HD Prog. Capable) | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248976 | DIRECTV® HD Rec. (Expanded HD Prog. Capable) | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248977 | Standard IRD | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248978 | Offer Detail | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248979 | OFRProgrammingOffer | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248980 | Agreement Commitment | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 5137248981 | OFRHardwareOffer | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 2024331081 | SHOWTIME HD included w/SHOWTIME Service | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $0.00 |
| ☐ | 2024331082 | Advanced Receiver-HD_CHXCLASIC Monthly | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $10.00 |
| ☐ | 5137248949 | HBO, STARZ!, and SHOWTIME Monthly | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | $36.00 |
| ☐ | 5137248950 | Advanced Receiver-HD_Tier 1 Monthly | $0.00 | $0.00 | $0.00 | $0.00 | | 5/31/2009 | 5/31/2009 4:26:00 PM | $10.00 |

**DirecTV Financial Details**

Detail Id   Date   Debit / Credit   Payment Type   Trans Reason   Total $   Total Product   Total S&H   Tax   DR Date   CR Date
Payment not required

Con:2014.00.10.01 PROD  Pag: BL:8.0.0.0
Web:2014.12.0.3  Container:Production

order management system