## DECLARATION

Gabriela Padilla Rivera, being first duly sworn on oath, states as follows:

1. I am an adult resident of the State of Illinois.

2. I am one of the owners of Don Pepe, a small taqueria located in a predominantly Latino neighborhood at 3616 W. 26th Street in Chicago, Illinois.

3. In late 2011 I contacted a local company (a third-party installer) about obtaining commercial programming for the business from DirecTV.

4. An installer came to the business, provided all of the equipment and set up the account. It would be impossible to mistake this commercial establishment for a residence. The installer asked for a residential address, not the business address, to set up the services.

5. In October of 2015, I received a threatening letter from Lonstein Law Office, claiming that I had violated the Federal Communications Act (which includes 47 U.S.C. § 605). A copy of that letter is attached.

6. I retained Attorney Lisa Clay who wrote a letter on my behalf. I canceled my DirecTV services and have not received further communication from the Lonstein Law Office or any other agent of DirecTV.

8. I requested commercial programming and received residential programming through no fault of my own. The error lies with DirecTV and their installers, who appear to be making these "mistakes" intentionally, so that they can later sue their customers.

I state under penalty of perjury and in accordance with 28 U.S.C. §1746 that the foregoing is true and correct.

_[signature]_  Dated: 2/12/2016

Drafted by:

Lisa L. Clay, Attorney at Law
345 North Canal Street, Suite C202
Chicago, Illinois 60606
Phone: 312.753.5302
lclayaal@gmail.com
ARDC # 6277257

CASTILLO 0910

Steve D. Lonstein
Julie Cohen Lonstein

Christopher Hufnagel

*Licensed in NJ, PA &MA*

October 22, 2015

Don Pepe
3616 W. 26Th Street
Chicago, IL 60623

Re: DIRECTV, LLC v. Don Pepe, et al.
Our File No: ES15-41IL-01
Unauthorized Exhibition of DIRECTV Programming
Date of Audit: October 11, 2015

Dear Sir/Madam:

Please be advised that this firm has been retained by DIRECTV regarding the unauthorized reception and commercial display of DIRECTV programming at your establishment in violation of the Federal Communications Act and DIRECTV customer agreements.

According to information obtained by DIRECTV, your commercial establishment displayed DIRECTV programming on October 11, 2015, without appropriate authorization from or proper payment to DIRECTV. An independent auditor observed and recorded your exhibition of DIRECTV programming. Screen shots from that video, verifying your exhibition, are enclosed.

The purpose of this letter is to afford you an opportunity to attempt to resolve this matter through informal discussion. We respectfully request that you or your legal representative contact our office via telephone at (845) 647-8509, or via email at Assistant@Signallaw.com, within seven (7) days of the date of this letter in order to discuss this matter in greater detail. After that date, DIRECTV will abandon its attempts to negotiate and/or amicably resolve this matter.

If you believe that you have a valid DIRECTV Public Viewing Account, please have your account number available when calling our office.

While we are willing to discuss this matter with you, DIRECTV will not imprudently and indefinitely wait for you to respond. Should you fail to respond as requested above, please be advised that we are authorized to take the necessary measures to preserve and enforce DIRECTV's rights and remedies under federal and state law. We look forward to speaking with you about this matter.

Very truly yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/rk

CASTILLO 0911



CASTILLO 0912