## DECLARATION

Exhibit 3

Dritan Zani, being first duly sworn on oath, states as follows:

1. I am an adult resident of the State of Illinois.

2. I am the owner of Euro Star Café Inc., d/b/a Abram Gale Sports Bar in Chicago, Illinois. The establishment has a legal occupancy of approximately 168 persons.

3. I was a named defendant in Case No. 11 C 4319 in the Northern District of Illinois before Judge Ellis.

4. When I opened the business in approximately 2010 I contacted DirecTV about obtaining commercial programming for the business.

5. An installer came to the business, provided all of the equipment and set up the account. It would be impossible to mistake this commercial establishment for a residence.

6. I did not realize I had residential programming when I ordered a UFC event from DirecTV. I had no idea that I had residential programming until I received threatening letters from an attorney/agent of Joe Hand's demanding damages under 47 U.S.C. § 553 and 47 U.S.C. § 605.

7. I deny Plaintiff's allegations that showing the fight was a violation of 47 U.S.C. § 553 or 47 U.S.C. § 665.

8. I was able to hire an attorney, and paid him significant sums to defend me.

9. I was only provided copies of the alleged evidence against me after I retained an attorney. The affidavit contains misstatements of fact and/or omits important facts. I was not provided a copy of any video evidence.

1

CASTILLO 0659

10. The Judge in my case only awarded the minimum in statutory damages, but also ordered over $6000 of the $25,000+ in fees requested by the plaintiff's attorneys.

11. I requested commercial programming and received residential programming through no fault of my own. The error lies with DirecTV and their installers, who appear to be making these "mistakes" intentionally, so that they (or another entity like these boxing promotion companies) can later sue their customers.

12. Due to the Plaintiff's and DirecTV's actions I have incurred the following damages:

| | |
|---|---|
| $ 4500.00 | attorneys' fees and costs |
| $ 250.00 + 6460.00 | judgment on the merits |
| $ 11,210.00 | TOTAL |

I state under penalty of perjury and in accordance with 28 U.S.C. §1746 that the foregoing is true and correct.

_____  Dated: 2/18/16
Dritan Zani

Drafted by:

Lisa L. Clay, Attorney at Law
345 North Canal Street, Suite C202
Chicago, Illinois 60606
Phone: 312.753.5302
lclayaal@gmail.com
ARDC # 6277257

CASTILLO 0660