# Exhibit 5

Page 1

1          UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS

2                EASTERN DIVISION

3    G & G Closed-Circuit Events, LLC,

4          Plaintiff,

5     vs.                        No. 14-CV-02073

6    Jaime F. Castillo, Maria A. Castillo,

     and El Bajio Enterprises, Inc.,

7

         Defendants;

8                                          /

9    Jaime F. Castillo, on behalf of himself

     and others similarly situated;

10

         Counter-Plaintiffs,

11

     vs.

12

     G & G Closed Circuit Events, LLC,

13

         Counter-Defendant.

14                                         /

15

16          The discovery deposition of

17   JAIME CASTILLO, through an interpreter, taken in the

18   above-entitled case, on the 29th day of December, 2015,

19   at 9:55 o'clock a.m. at the offices of Zane D. Smith &

20   Associates, 415 North LaSalle Street, 5th Floor,

21   Chicago, Illinois, pursuant to agreement of counsel.

22

23   Reported by:  Karyn H. Chalem, RPR, CSR

     License No.:  084-004167

24

Page 55

1    BY MR. ORDEANU:

2        Q.  Did you understand the question when it was

3    read back to you?

4        A.  Yes.  That's why I asked for it to be

5    repeated.

6        Q.  So you understood it when I asked it the

7    first time as well?

8                  MS. CLAY:  Objection, argumentative.

9                  THE WITNESS:  Not the first time.

10   That's why I asked for the question to be repeated,

11   because I didn't understand it the first time.

12   BY MR. ORDEANU:

13       Q.  Okay.  So what did you ask for when you

14   placed this call to ask for additional channels or

15   additional boxes?

16       A.  I think I asked to have boxes -- no.  I asked

17   for additional channels, and if I'm not wrong, they

18   told me that I had to change the programming, and

19   that's when channels are added.

20       Q.  And you had to change it from what to what?

21       A.  I think from Latino to premium or something

22   like that.  I don't recall the name of the package.

23       Q.  Okay.  When did you first realize that the

24   account that you had in La Pena Restaurant was a

Page 56

1    residential account?

2            MS. CLAY:  Objection, again assuming

3    testimony he hasn't made.

4            THE WITNESS:  I never assumed that it

5    was an individual account.  I assumed that it was

6    commercial because it was installed at the

7    restaurant.

8    BY MR. ORDEANU:

9        Q.  Okay.  That's an answer to a different

10   question, sir.  My question was:  When did you

11   realize that you had residential services in La

12   Pena Restaurant?

13           MS. CLAY:  Objection, asked and

14   answered.

15           THE WITNESS:  I was never aware that I

16   had residential service.

17           MR. ORDEANU:  Can you read back his

18   answer before we took the break.

19           (Following testimony read back:

20           QUESTION:  Was it in 2013?

21           ANSWER:  I don't remember.)

22           MS. CLAY:  I'd like to take a break.

23   Can we talk for a second?

24           MR. ORDEANU:  No.  I want to -- I want